John M. FitzGerald
Health Advocates
14721 Califa Street
Sherman Oaks, CA 91411
T: (818) 995-9500
F: (818) 995-4838
E-mail: johnf@leiboviclawgroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEIA DELOS SANTOS** ) | CASE No.: CV 13-2088 (RNB) |
| ) | |
| **Plaintiff** ) | ORDER AWARDING EQUAL ACCESS TO |
| ) | JUSTICE ACT ATTORNEY FEES AND |
| vs. ) | EXPENSES PURSUANT TO 28 U.S.C. § |
| ) | 2412(d) |
| **CAROLYN W. COLVIN,** ) | |
| ) | |
| **Acting Commissioner of SSA** ) | |
| ) | |
| **Defendant(s).** ) | |

Based upon the parties' stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5, 400.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: January 22, 2014

_____
THE HONORABLE Robert n. block
UNITED STATES MAGISTRATE JUDGE

- 1